STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
SAVITH IYENGAR (CABN 268342)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Fax: (415) 436-6748
    savith.iyengar@usdoj.gov

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ENRIQUE CRISTOBAL MENESES, | CASE NO.: 3:21-cv-07193-JD |
| Petitioner-Plaintiff, | STIPULATION SETTING BRIEFING SCHEDULE FOR MOTION FOR PRELIMINARY INJUNCTION AND [~~PROPOSED~~] ORDER |
| v. | |
| DAVID W. JENNINGS, et al., | |
| Respondents. | |

    Subject to the Court's approval, to accommodate the government's request for an extension of time, Petitioner and Respondents, through their undersigned counsel of record, hereby stipulate as follows:

    1.    Respondents will file their opposition to Petitioner's Motion for Temporary Restraining Order and Preliminary Injunction by September 24, 2021;

    2.    Petitioner will file his reply by September 28, 2021.

    3.    The parties request that this matter be scheduled for a hearing on September 30, 2021, at 10:00 a.m.

///

///

STIPULATION SETTING BRIEFING SCHEDULE AND [~~PROPOSED~~] ORDER
3:21-CV-07193-JD                          1

IT IS SO STIPULATED.

DATED: September 17, 2021                Respectfully submitted,

STEPHANIE M. HINDS
Acting United States Attorney

*/s/ Savith Iyengar*
SAVITH IYENGAR
Assistant United States Attorney

Attorneys for Respondents

DATED: September 17, 2021                CENTRO LEGAL DE LA RAZA

*/s/ Priya Patel*
PRIYA PATEL

Attorneys for Petitioner

**ECF ATTESTATION**

In accordance with Civil Local Rule 5(i)(3), I, Savith Iyengar, attest that I have obtained concurrence in the filing of this document from the other signatory listed here.

*/s/ Savith Iyengar*
SAVITH IYENGAR

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

DATED:   September 17, 2021

_____
HON. JAMES DONATO
United States District Judge